UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION MDL No. 1431

This Document Relates to:

Thelma Erlene Hurt v. Bayer Corp. Civ. No. 02-165

---

ORDER OF DISMISSAL

This matter having come before the Court on the Motion For Dismissal with Prejudice, the parties having received due notice and having had the opportunity to be heard; and this Court having considered all submissions made in support of the motion:

IT IS HEREBY ORDERED that the Motion for Dismissal with Prejudice is GRANTED.

Date: MAY 6, 2003

Michael J. Davis
United States District Court

MAY 06 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK